UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO.: **6: 17-bk-04429**
        CHAPTER 13

**Victor and Lorna Ruiz**

        Debtor(s).
_____/

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested, in this paper without further notice or hearing unless a party in interest files a response within (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy of the same on the Movant's attorney, Sophia Dean 12301 Lake Underhill Rd. Suite 213 Orlando, FL 32828.If you file and serve an response within the time permitted the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider the you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing and my grant the relief requested.

---

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

COMES NOW the Debtors, Victor and Lorna Ruiz and file this Motion to Modify Order Confirming Chapter 13 Plan and, as grounds in support of this Motion, state as follows:

1. This case was filed on June 30, 2017, and the Order Confirming Chapter 13 Plan was entered on December 13, 2017.

2. After filing their 2017 Federal Income Tax Return, Debtors were informed that they owed taxes for the 2017 tax year in the amount of $5,742.

3. Debtors propose that their Chapter 13 Plan be modified in accordance with the disbursements shown on Exhibit "A" attached hereto.

4. No creditor will be prejudiced by this modification.

WHEREFORE, Debtors move this Court for a modification of the Order Confirming Chapter 13 Plan as stated herein, and for such other relief as the Court deems appropriate.

Chapter 13 Plan as stated herein, and for such other relief as the Court deems appropriate.

Date: 5/23/18

_____
Victor Ruiz
Debtor

Date: 5/23/18

_____
Lorna Ruiz
Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing Motion to Modified Confirmed Chapter 13 Plan via electronically or U.S. Regular Mail, postage prepaid all parties in interest and creditors listed on the Court's mailing matrix attached hereto, this 30 day of May 2018.

/S/ Sophia Dean
Sophia Dean, Esq.
Florida Bar No. 92295
THE ORLANDO LAW GROUP, PL
12301 Lake Underhill Rd. Suite 213
Orlando, Florida 32828
Tel: (407) 512-4394
Fax: (407) 955-4654
E-Mail: Sdean@theorlandolawgroup.com

| DUE DATE 30TH | | 17-4429 B 7/30/17 Unsecured | | RUIZ Debtor Pmt | 10.0% Tee Fee | | ATTY | | MONITORING FEE | | PRI IRS | | PNC DODGE RAM | | 2017 IRS Debt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 60 | | 60 | | | | | | | | | | | |
| 7/30/17 | 1 | $0.00 | | $1,084.00 | $108.40 | | $334.14 | | | | | | $641.46 | | |
| 8/30/17 | 2 | $0.00 | | $1,084.00 | $108.40 | | $334.14 | | | | | | $641.46 | | |
| 9/30/17 | 3 | $0.00 | | $1,084.00 | $108.40 | | $334.14 | | | | | | $641.46 | | |
| 10/30/17 | 4 | $0.00 | | $1,084.00 | $108.40 | | $334.14 | | | | | | $641.46 | | |
| 11/30/17 | 5 | $0.00 | 5 at | $1,084.00 | $108.40 | 5 at | $334.14 | | | | | | $641.46 | | |
| 12/30/17 | 6 | $0.00 | | $1,355.00 | $135.50 | 1 at | $578.04 | 6 at | | 6 at | | | $641.46 | | |
| 1/30/18 | 7 | $0.00 | | $1,355.00 | $135.50 | 1 at | $251.26 | | $50.00 | 1 at | $276.78 | | $641.46 | | |
| 2/28/18 | 8 | $0.00 | | $1,355.00 | $135.50 | | | | $50.00 | 1 at | $528.04 | | $641.46 | | |
| 3/30/18 | 9 | $253.04 | | $1,355.00 | $135.50 | | | | $50.00 | | $275.00 | | $641.46 | | |
| 4/30/18 | 10 | $253.04 | | $1,355.00 | $135.50 | | | | $50.00 | | $275.00 | | $641.46 | | |
| 5/30/18 | 11 | $253.04 | 6 at | $1,355.00 | $135.50 | | | | $50.00 | | $275.00 | | $641.46 | 11 at | |
| 6/30/18 | 12 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 7/30/18 | 13 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 8/30/18 | 14 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 9/30/18 | 15 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 10/30/18 | 16 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 11/30/18 | 17 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 12/30/18 | 18 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 1/30/19 | 19 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 2/28/19 | 20 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 3/30/19 | 21 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 4/30/19 | 22 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 5/30/19 | 23 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 6/30/19 | 24 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 7/30/19 | 25 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 8/30/19 | 26 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 9/30/19 | 27 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 10/30/19 | 28 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 11/30/19 | 29 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 12/30/19 | 30 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 1/30/20 | 31 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 2/29/20 | 32 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 3/30/20 | 33 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 4/30/20 | 34 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 5/30/20 | 35 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 6/30/20 | 36 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 7/30/20 | 37 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 8/30/20 | 38 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 9/30/20 | 39 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 10/30/20 | 40 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 11/30/20 | 41 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 12/30/20 | 42 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 1/30/21 | 43 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 2/28/21 | 44 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 3/30/21 | 45 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 4/30/21 | 46 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 5/30/21 | 47 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 6/30/21 | 48 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 7/30/21 | 49 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 8/30/21 | 50 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 9/30/21 | 51 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 10/30/21 | 52 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 11/30/21 | 53 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 12/30/21 | 54 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 1/30/22 | 55 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 2/28/22 | 56 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 3/30/22 | 57 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | | $275.00 | | $641.46 | | $131.73 |
| 4/30/22 | 58 | $247.67 | | $1,495.40 | $149.54 | | | | $50.00 | 50 at | $275.00 | 58 at | $641.46 | 47 at | $131.73 |
| 5/30/22 | 59 | $1,077.19 | | $1,495.40 | $149.54 | | | | $50.00 | 1 at | $218.67 | | | | |
| 6/30/22 | 60 | $1,295.86 | 49 at | $1,495.40 | $149.54 | | | 54 at | $50.00 | | | | | | |
| | | | | | | | ATTY | | CLAIM 350 | | CLAIM 3 | | CLAIM 10 | | |
| | | $14,772.66 | | $86,824.60 | $8,682.46 | | $2,500.00 | | $2,700.00 | | $14,773.49 | | $37,204.68 | | $6,191.31 |
| | | $73,121.90 | | | | | $2,500.00 | | 2,700.00 | | 14,773.49 | | 37,204.68 | | 6191.00 |
| | | 20% | | | | | | | | | PAID W3% INT | | PIF PER | | PAID W3 |
| | | | | | | | | | | | TO ENSURE | | CONTRACT TERMS | | TO EN |
| | | | | | | | | | | | PENALT. & INT | | | | PENALT. |

Exhibit "A"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-04429-ABB<br>Middle District of Florida<br>Orlando<br>Wed May 30 12:07:47 EDT 2018 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Arvest Bank<br>PO Box 298<br>Lowell, AR 72745-0298 |
| Arvest Bank<br>c/o Sharon L. Stolte<br>Sandberg Phoenix & von Gontard P.C.<br>4600 Madison Avenue, Suite 1250<br>Kansas City, MO 64112-1283 | Bank Of America<br>po box 851001<br>Dallas, TX 75285-1001 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| COMENITY CAPITAL BANK<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, WA 98121-3132 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase- Amazon<br>po box 1423<br>Charlotte, NC 28201-1423 |
| Credit First N.A<br>po box 81344<br>Cleveland, OH 44188-0001 | Credit First NA<br>PO Box 818011<br>Cleveland OH 44181-8011 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Card<br>PO BOX 71084<br>Charlotte, NC 28272-1084 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197-0002 | First National Bank of Omaha<br>po box 2557<br>Omaha, NE 68103-2557 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Home Depot<br>2455 Paces Ferry Road NW<br>Atlanta, GA 30339 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Nelnet<br>Claims<br>P.O. Box 82505<br>Lincoln, NE 68501-2505 | PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 | PNC Bank<br>PO Box 747066<br>Pittsburgh, PA 15274-7066 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 |
| U.S. Department of Education C/O Nelnet<br>121 S 13TH ST, SUITE 201<br>LINCOLN, NE 68508-1911 | paypal<br>po box 105658<br>Atlanta, GA 30348-5658 | rooms to go<br>po box 965030<br>Orlando, FL 32896-5030 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Lorna Lee Ruiz<br>1344 Twin Rivers Bend<br>Oviedo, FL 32766-5081 | Sophia Cabacum Dean<br>The Orlando Law Group PL<br>12301 Lake Underhill Road, Suite 213<br>Orlando, FL 32828-4511 |

Victor Ruiz
1344 Twin Rivers Bend
Oviedo, FL 32766-5081

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients   30
Bypassed recipients    0
Total                 30